Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | The Turkey Leg Hut & Company LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | The Turkey Leg Hut<br>Turkey Leg Hut | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 1 2 9 4 0 2 8 | |
| **4. Debtor's address** | **Principal place of business**<br><br>4830 Almeda Rd<br>Number       Street<br>Houston, TX 77004<br>City                          State    ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>Number       Street<br>City                          State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number       Street<br>City                          State    ZIP Code |
| **5. Debtor's website (URL)** | https://www.theturkeyleghut.com | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☑ Other. Specify:   Limited Liability Company (LLC) | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor  The Turkey Leg Hut & Company LLC  Case number *(if known)*
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   7  2  2  5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                         MM / DD / YYYY
       District _____  When _____  Case number _____
                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                         MM / DD / YYYY
       Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor    The Turkey Leg Hut & Company LLC                    Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                  Number   Street<br>_____<br>City                                           State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency  _____<br>             Contact name     _____<br>             Phone            _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99         ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999       ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  The Turkey Leg Hut & Company LLC  Case number *(if known)*
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $1,000,001-$10 million
- ☐ $500,000,001-$1 billion
- ☐ $50,001-$100,000
- ☐ $10,000,001-$50 million
- ☐ $1,000,000,001-$10 billion
- ☐ $100,001-$500,000
- ☐ $50,000,001-$100 million
- ☐ $10,000,000,001-$50 billion
- ☐ $500,001-$1 million
- ☐ $100,000,001-$500 million
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/26/2024
             MM/ DD/ YYYY

X  /s/ Nakia Price                          Nakia Price
Signature of authorized representative of debtor       Printed name

Title  Managing Member

**18. Signature of attorney**

X  /s/ James Q. Pope           Date  03/26/2024
Signature of attorney for debtor                    MM/ DD/ YYYY

James Q. Pope
Printed name

The Pope Law Firm
Firm name

6161 Savoy Drive 1125
Number     Street

Houston           TX        77036
City                 State       ZIP Code

(713) 449-4481       jamesp@thepopelawfirm.com
Contact phone           Email address

24048738           TX
Bar number            State

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **The Turkey Leg Hut & Company LLC**　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　03/26/2024　　　Signature　　　　　　　　　/s/ Nakia Price
　　　　　　　　　　　　　　　　　　　　　Nakia Price, Managing Member

| | | |
|---|---|---|
| **AMERICAN EXPRESS**<br>PO BOX 650448<br>DALLAS, TX 75265 | **CINTAS-RESTAURANT SUPPLIES** | **CITY OF HOUSTON - WATER** |
| **CNPH PROPERTIES LLC**<br>PO BOX 720958<br>HOUSTON, TX 77272 | **EBF HOLDINGS LLC**<br>102 W. 38TH STREET<br>NEW YORK, NY 10018 | **INTERNAL REVENUE SERVICE**<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| **J4 PRODUCTIONS**<br>9858 GOLDEN PRAIRIE LN<br>HOUSTON, TX 77086-3427 | **MAGNAFLOW-OIL REFUSE** | **NAKIA PRICE**<br>17523 SUGAR PINE DR.<br>HOUSTON, TX 77090 |
| **PEPSI-BEVERAGES** | **SMALL BUSINESS ADMINISTRATION**<br>409 3RD ST., SW<br>WASHINGTON, DC 20416 | **SMALL BUSINESS FINANCIAL SOLUTIONS**<br>559 W. UWCHLAN AVE 220<br>EXTON, PA 19341-3013 |
| **STEVEN ROGERS**<br>C/O ROBERTS MARKLAND LLP<br>2555 N. MACGREGOR WAY<br>HOUSTON, TX 77004 | **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**<br>P.O. BOX 13528, CAPITOL STATION<br>AUSTIN, TX 78711 | **VANGUARD LOAN**<br>EL PASO, TX 79998 |
| **WASTE CONNECTION OF TEXAS** | **ZEEE TRADING INC** | |

Fill in this information to identify the case:

Debtor name: The Turkey Leg Hut & Company LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/26/2024
           MM/ DD/ YYYY

X  /s/ Nakia Price
Signature of individual signing on behalf of debtor

Nakia Price
Printed name

Managing Member
Position or relationship to debtor

Official Form B202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: The Turkey Leg Hut & Company LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>PO Box 650448<br>Dallas, TX 75265 | | | | | | $57,621.31 |
| 2 | CINTAS-RESTAURANT SUPPLIES | | | | | | $70,758.85 |
| 3 | CINTAS-RESTAURANT SUPPLIES | | 4902 Almeda | | | | $190.20 |
| 4 | City of Houston - Water | | Water Bill | Disputed | | | $10,862.74 |
| 5 | City of Houston - Water | | Water Bill | Disputed | | | $10,641.77 |
| 6 | EBF Holdings LLC<br>102 W. 38th Street<br>New York, NY 10018 | | | | | | $13,212.55 |
| 7 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | | | Disputed | | | $158,000.00 |
| 8 | J4 Productions<br>9858 Golden Prairie Ln<br>Houston, TX 77086-3427 | | | | | | $100,000.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor   The Turkey Leg Hut & Company LLC
_____
Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MAGNAFLOW-OIL REFUSE | | | | | | $1,853.96 |
| 10 | Nakia Price<br>17523 Sugar Pine Dr.<br>Houston, TX 77090 | | | | | | $781,758.59 |
| 11 | PEPSI-BEVERAGES | | TLH & EXPRESS | | | | $21,782.54 |
| 12 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | | | | | | $422,520.00 |
| 13 | Small Business Financial Solutions<br>559 W. Uwchlan Ave 220<br>Exton, PA 19341-3013 | | | | | | $102,230.75 |
| 14 | Steven Rogers<br>c/o Roberts Markland LLP<br>2555 N. MacGregor Way<br>Houston, TX 77004 | | | Disputed | | | $931,111.12 |
| 15 | Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711 | | | | | | $1,950,000.00 |
| 16 | Vanguard Loan<br>El Paso, TX 79998 | | | Disputed | | | $12,674.56 |
| 17 | Waste Connection of Texas | | 4830 Almeda | | | | $16,979.66 |
| 18 | Waste Connection of Texas | | 4902 Almeda | | | | $961.91 |
| 19 | ZEEE TRADING INC | | | | | | $53,322.34 |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2