## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-31275 (EVR) |
| | § | |
| THE TURKEY LEG HUT & COMPANY LLC | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | SUBCHAPTER V |
| | § | |

### SUBCHAPTER V TRUSTEE'S EMERGENCY MOTION TO SCHEDULE STATUS CONFERENCE

> **THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THAT THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED; IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**
>
> **AN EMERGENCY HEARING IS REQUESTED NO LATER THAN APRIL 12, 2024.**
>
> **EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDER THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ,**
**CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Brendon Singh, the Subchapter V Trustee ("Trustee"), respectfully moves this Court for an order scheduling a status conference to determine the status of the first day motions required in the case. In support of this motion, the Trustee represents as follows:

1

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is appropriate pursuant to 28 U.S.C. § 1408.

2. Brendon Singh is the duly appointed Subchapter V Trustee for the Southern District of Texas (the "Subchapter V Trustee") appointed on March 27, 2024.

## FACTUAL BACKGROUND

3. The Turkey Leg Hut & Company LLC (the "Debtor") filed its voluntary petition for relief under chapter 11, subchapter V of the Bankruptcy Code on March 26 2024. The U.S. Trustee for the Southern District of Texas (the "US Trustee") appointed Brendon Singh to serve as the Trustee in the case.

4. As of the filing of this motion, no motion for cash collateral has been filed in the case.

## RELIEF SOUGHT

5. The Trustee seeks as order scheduling a status conference in this case to determine the status of the first day motions required in the case.

## BASIS FOR RELIEF

6. Cause exists to schedule a status conference for the purpose of determining the status of the first day motions.

7. Emergency relief is requested because there is no first day motions filed in the case and the recent notice of non-consent to debtors use of cash collateral. Accordingly, the Trustee requests the Court's emergency consideration and hearing on this motion.

WHEREFORE, the Trustee respectfully requests that this Court enter an order scheduling a status conference and all further relief as may be equitable and just.

Dated: April 8, 2024

        Respectfully submitted,

        By:    */s/Brendon Singh*
        Brendon Singh | TBN: 24075646
        2502 La Branch Street
        Houston, Texas 77004
        Ph: (832) 975-7300
        Fax: (832) 975-7301
        BSingh@ts-llp.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing to be served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on April 8, 2024.

        */s/Brendon Singh*
        Brendon Singh