Fill in this information to identify the case:

Debtor name: **The Turkey Leg Hut & Company LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **24-31275**

☑ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/11/2024
            MM / DD / YYYY

X  /s/ Nakia Price
Signature of individual signing on behalf of debtor

Nakia Price
Printed name

Managing Member
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Turkey Leg Hut & Company LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | 24-31275 |

☑ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ACAR Leasing LTD<br>d/b/a GM Financial Leasing<br>PO Box Box 183853<br>Arlington, TX 76096 | | Lease re: 2021 Cadillac Escalade AWD | | | | $7,407.60 |
| 2 | American Express<br>PO Box 650448<br>Dallas, TX 75265 | | | | | | $57,621.31 |
| 3 | CINTAS-RESTAURANT SUPPLIES<br>5355 W Sam Houston Pkwy N Ste 300<br>Houston, TX 77041 | | | | | | $70,758.85 |
| 4 | City of Houston - Water<br>611 Walker St<br>Houston, TX 77002 | | Water Bill | Disputed | | | $10,862.74 |
| 5 | City of Houston - Water<br>611 Walker St<br>Houston, TX 77002 | | Water Bill | Disputed | | | $10,641.77 |
| 6 | EBF Holdings LLC<br>102 W. 38th Street<br>New York, NY 10018 | | | | | | $13,212.55 |
| 7 | Harris County, et al<br>Linebarger Goggan Blair Sampson<br>PO Box 3064<br>Houston, TX 77253 | | Ad Valorem Property Taxes | Disputed | | | $2,286.45 |
| 8 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | | | Disputed | | | $158,000.00 |

Debtor    The Turkey Leg Hut & Company LLC                          Case number *(if known)*    24-31275
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | J4 Productions<br>9858 Golden Prairie Ln<br>Houston, TX 77086-3427 | | | | | | $100,000.00 |
| 10 | Nakia Price<br>17523 Sugar Pine Dr.<br>Houston, TX 77090 | | | | | | $781,758.59 |
| 11 | PEPSI-BEVERAGES<br>9300 La Porte Fwy<br>Houston, TX 77017 | | | | | | $21,782.54 |
| 12 | Small Business Administration<br>409 3rd St., SW<br>Washington, DC 20416 | | | Disputed | $422,520.00 | $528,596.11 | $422,520.00 |
| 13 | Small Business Financial Solutions<br>559 W. Uwchlan Ave 220<br>Exton, PA 19341-3013 | | | | | | $102,230.75 |
| 14 | Steven Rogers<br>c/o Roberts Markland LLP<br>2555 N. MacGregor Way<br>Houston, TX 77004 | | | Disputed | | | $931,111.12 |
| 15 | Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711 | | | Disputed | $1,950,000.00 | $13,753.79 | $1,949,960.89 |
| 16 | US Foods, Inc<br>c/o Brian L. Shaw<br>123 North Wacker Drive 1800<br>Chicago, IL 60606 | | | Disputed | $1,288,583.12 | $528,596.11 | $759,987.01 |
| 17 | Vanguard Loan<br>P.O. Box 982903<br>El Paso, TX 79998 | | | Disputed | | | $12,674.56 |
| 18 | Waste Connection of Texas<br>Three Waterway Square Place 110<br>The Woodlands, TX 77380 | | 4830 Almeda | | | | $16,979.66 |
| 19 | WebBank<br>215 South State Street 1000<br>Salt Lake City, UT 84111 | | | Disputed | $361,400.00 | $60,704.68 | $361,400.00 |
| 20 | ZEEE TRADING INC<br>207 CEDAR LAKE DR<br>League City, TX 77573 | | | | | | $53,322.34 |