Fill in this information to identify the case:

Debtor name _____ The Turkey Leg Hut & Company LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 24-31275 _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/11/2024___          X ___/s/ Nakia Price_____
       MM/  DD/  YYYY          Signature of individual signing on behalf of debtor

                           ___Nakia Price_____
                           Printed name

                           ___Managing Member_____
                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name __The Turkey Leg Hut & Company LLC__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): __24-31275__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. **Cash on hand** | | | _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. __Chase Operating__ | __Checking account__ | 0  2  6  0 | $2,113.95 |
| 3.2. __Chase Payroll__ | __Checking account__ | 0  2  8  6 | $6,144.08 |
| 3.3. __Chase Reservations__ | __Checking account__ | 0  2  7  8 | $4,511.42 |
| 3.4. __Chase Taxes__ | __Checking account__ | 0  3  1  0 | $36.88 |
| 3.5. __Stellar Bank__ | __Checking account__ | 8  3  5  3 | $139.45 |
| 3.6. __Stellar Bank TLH Company Tips Clearing__ | __Checking account__ | 0  2  2  6 | $666.98 |
| 3.7. __Stellar Bank TLH Company Operating__ | __Checking account__ | 2  0  2  1 | $100.59 |
| 3.8. __Stellar Bank TLH Company Payroll__ | __Checking account__ | 2  7  6  5 | $0.03 |
| 3.9. __Stellar Bank TLH Company Reservations__ | __Checking account__ | 2  3  6  7 | $38.18 |
| 3.10. __Stellar Bank TLH Company Tax__ | __Checking account__ | 8  6  1  6 | $2.23 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 _____ | | | _____ |
| 4.2 _____ | | | _____ |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $13,753.79 |

Debtor   **The Turkey Leg Hut & Company LLC**
         Name                                          Case number *(if known)* **24-31275**

---

| **Part 2:** | Deposits and prepayments |
|---|---|

**6.** **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 **Security deposit** | $46,990.00 |
|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | |
|---|---|
| 8.2 | |

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    $46,990.00

---

| **Part 3:** | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less: _____ - _____ =....➡
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =....➡
                        face amount      doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____

---

Official Form 206A/B               **Schedule A/B: Assets — Real and Personal Property**               page **2**

Debtor   **The Turkey Leg Hut & Company LLC**                            Case number *(if known)* **24-31275**
         Name

---

14.2 _____        _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of
                                                     ownership:

    15.1._____    _____   _____   _____

    15.2._____    _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**

    Describe:

    16.1 _____        _____   _____

    16.2 _____        _____   _____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                        | _____ |

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                        | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

---

Debtor    **The Turkey Leg Hut & Company LLC**          Case number *(if known)* 24-31275
      Name

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor   **The Turkey Leg Hut & Company LLC**                    Case number *(if known)* **24-31275**
          Name

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Retaurant Furniture | $96,491.26 | | $96,491.26 |
| Televisions | $30,987.28 | | $30,987.28 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Restaurant Machinery & Equipment | $310,758.75 | | $310,758.75 |
| Fixed Asset Computers | $1,082.48 | | $1,082.48 |
| Fixed Asset Software | $28,571.66 | | $28,571.66 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**
    Add lines 39 through 42. Copy the total to line 86.                                    $467,891.43

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

---

Debtor   **The Turkey Leg Hut & Company LLC**          Case number *(if known)* **24-31275**
　　　　　Name

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2017 Toyota Sequoia / VIN: Vehicles** | unknown | Proof of Claim | $35,950.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49.  **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

51.  **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

| | $35,950.00 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   Real property

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* 24-31275 |
|---|---|---|
| | Name | |

55.5 _____   _____   _____   _____   _____

55.6 _____   _____   _____   _____   _____

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

Debtor    **The Turkey Leg Hut & Company LLC**          Case number *(if known)* **24-31275**
          Name

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____ – _____  ➡  _____
                            Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

_____    _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

Nature of claim      _____

Amount requested    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

Nature of claim      _____

Amount requested    _____

76.  **Trusts, equitable or future interests in property**

_____    _____

| Debtor | **The Turkey Leg Hut & Company LLC** | Case number *(if known)* | 24-31275 |
|---|---|---|---|
| | Name | | |

---

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____     _____

_____     _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                                    _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $13,753.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $46,990.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $467,891.43 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................... ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............................91a. | $564,585.22 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................. | | $564,585.22 |

Fill in this information to identify the case:

Debtor name ___The Turkey Leg Hut & Company LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
(State)

Case number (if known): ___24-31275___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
Ally Bank

**Creditor's mailing address**
c/o AIS Port Svcs

4515 N. Santa Fe Ave Dept APS

Oklahoma City, OK 73118

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**
2017 Toyota Sequoia

**Describe the lien**
Auto Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $17,495.16

Column B: $35,950.00

**Remarks:** 2017 Toyota Sequoia Utility 4D Platinum 5.7L V8

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,092,284.73

| Debtor | The Turkey Leg Hut & Company LLC | Case number (if known) | 24-31275 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

Harris County, et al

**Describe debtor's property that is subject to a lien**

$2,286.45       unknown

**Creditor's mailing address**

Linebarger Goggan Blair Sampson

PO Box 3064

Houston, TX 77253

**Describe the lien**

Ad Valorem Property Taxes

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | The Turkey Leg Hut & Company LLC | Case number (if known) | 24-31275 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | | |

**2.3** **Creditor's name**

Small Business Administration

**Creditor's mailing address**

409 3rd St., SW

Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Restaurant Machinery & Equipment, Chase Operating, Chase Payroll, Chase Reservations, Stellar Bank, Stellar Bank TLH Company Operating, Stellar Bank TLH Company Payroll, Stellar Bank TLH Company Reservations, Stellar Bank TLH Company Tips Clearing, Security deposit, Fixed Asset Software, Fixed Asset Computers, Retaurant Furniture, Televisions

$422,520.00     $528,596.11

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    The Turkey Leg Hut & Company LLC
          _____
          Name

Case number (if known)   24-31275

---

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

US Foods, Inc

**Creditor's mailing address**

c/o Brian L. Shaw

123 North Wacker Drive 1800

Chicago, IL 60606

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

Chase Payroll, Chase Reservations, Stellar Bank, Chase Operating, Stellar Bank TLH Company Tips Clearing, Stellar Bank TLH Company Operating, Stellar Bank TLH Company Payroll, Stellar Bank TLH Company Reservations, Restaurant Machinery & Equipment, Restaurant Furniture, Fixed Asset Software, Fixed Asset Computers, Security deposit, Televisions

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| $1,288,583.12 | $528,596.11 |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | The Turkey Leg Hut & Company LLC | Case number (if known) | 24-31275 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
WebBank

**Creditor's mailing address**
215 South State Street 1000

Salt Lake City, UT 84111

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**
Security deposit, Chase Operating, Chase Payroll, Chase Reservations, Stellar Bank, Stellar Bank TLH Company Operating, Stellar Bank TLH Company Payroll, Stellar Bank TLH Company Tips Clearing, Stellar Bank TLH Company Reservations

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$361,400.00      $60,704.68

| Debtor | The Turkey Leg Hut & Company LLC | Case number (if known) | 24-31275 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| Part 1: | Additional Page |
|---------|-----------------|

| 2.3 | Creditor's name | Specify each creditor, including this creditor, and its relative priority. |
|-----|-----------------|---------------------------------------------------------------------------|
| | Small Business Administration | For Restaurant Machinery & Equipment: 1) US Foods, Inc; **2) Small Business Administration**; For Chase Operating: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Chase Payroll: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Chase Reservations: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Stellar Bank: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Stellar Bank TLH Company Operating: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Stellar Bank TLH Company Payroll: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Stellar Bank TLH Company Reservations: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Stellar Bank TLH Company Tips Clearing: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Security deposit: 1) US Foods, Inc; 2) WebBank; **3) Small Business Administration**; For Fixed Asset Software: 1) US Foods, Inc; **2) Small Business Administration**; For Fixed Asset Computers: 1) US Foods, Inc; **2) Small Business Administration**; For Restaurant Furniture: 1) US Foods, Inc; **2) Small Business Administration**; For Televisions: 1) US Foods, Inc; **2) Small Business Administration** |

| Fill in this information to identify the case: |
|---|

Debtor name _____ The Turkey Leg Hut & Company LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 24-31275 _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,000.00 | $158,000.00 |
| Internal Revenue Service | ☐ Contingent | | |
| Centralized Insolvency Operation | ☐ Unliquidated | | |
| PO Box 7346 | ☑ Disputed | | |
| Philadelphia, PA 19101 | | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,950,000.00 | $1,950,000.00 |
| Texas Comptroller of Public Accounts | ☐ Contingent | | |
| P.O. Box 13528, Capitol Station | ☐ Unliquidated | | |
| Austin, TX 78711 | ☑ Disputed | | |
| Date or dates debt was incurred | Basis for the Claim: | | |
| _____ | _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☑ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | | | |

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* | 24-31275 |
|--------|----------------------------------|--------------------------|----------|
|        | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|--|--|---------------------|

**3.1** **Nonpriority creditor's name and mailing address**

ACAR Leasing LTD

d/b/a GM Financial Leasing

PO Box Box 183853

Arlington, TX 76096

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease re: 2021 Cadillac Escalade AWD

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $7,407.60

---

**3.2** **Nonpriority creditor's name and mailing address**

AIS Portfolio Services, LLC

Attn: Ally Bank Department

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $0.00

---

**3.3** **Nonpriority creditor's name and mailing address**

American Express

PO Box 650448

Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $57,621.31

---

**3.4** **Nonpriority creditor's name and mailing address**

Carlos Jimenez

Poupore Law Firm

3233 W. Dallas St. 313

Houston, TX 77019

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** unknown

| Debtor | **The Turkey Leg Hut & Company LLC** | Case number *(if known)* | **24-31275** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $190.20
| **CINTAS-RESTAURANT SUPPLIES** | ☐ Contingent |
| | ☐ Unliquidated |
| **5355 W Sam Houston Pkwy N Ste 300** | ☐ Disputed |
| **Houston, TX 77041** | |
| | **Basis for the claim:** 4902 Almeda |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  8  3  0  5 | ☑ No |
| | ☐ Yes |

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70,758.85
| **CINTAS-RESTAURANT SUPPLIES** | ☐ Contingent |
| | ☐ Unliquidated |
| **5355 W Sam Houston Pkwy N Ste 300** | ☐ Disputed |
| **Houston, TX 77041** | |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  8  3  0  4 | ☑ No |
| | ☐ Yes |

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,641.77
| City of Houston - Water | ☐ Contingent |
| | ☐ Unliquidated |
| 611 Walker St | ☑ Disputed |
| Houston, TX 77002 | |
| | **Basis for the claim:** Water Bill |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  __  __  __  __ | ☑ No |
| Remarks: 4902 Almeda Rd | ☐ Yes |

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,862.74
| City of Houston - Water | ☐ Contingent |
| | ☐ Unliquidated |
| 611 Walker St | ☑ Disputed |
| Houston, TX 77002 | |
| | **Basis for the claim:** Water Bill |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  1  5  6  4 | ☑ No |
| Remarks: 1825 Rosedale St | ☐ Yes |

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* | 24-31275 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

---

**3.9**  **Nonpriority creditor's name and mailing address**

EBF Holdings LLC

102 W. 38th Street

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,212.55**

---

**3.10**  **Nonpriority creditor's name and mailing address**

J4 Productions

9858 Golden Prairie Ln

Houston, TX 77086-3427

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$100,000.00**

---

**3.11**  **Nonpriority creditor's name and mailing address**

MAGNAFLOW-OIL REFUSE

3937 Ocean Ranch Blvd

Oceanside, CA 92056

Date or dates debt was incurred _____

Last 4 digits of account number   4   9   7   5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,853.96**

---

**3.12**  **Nonpriority creditor's name and mailing address**

Nakia Price

4830 Almeda Rd

Houston, TX 77004

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$781,758.59**

---

| Debtor | **The Turkey Leg Hut & Company LLC** | Case number *(if known)* | **24-31275** |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,782.54 |
|---|---|---|---|

**PEPSI-BEVERAGES**

**9300 La Porte Fwy**

**Houston, TX 77017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   6  6  5  7

☑ No
☐ Yes

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,230.75 |
|---|---|---|---|

**Small Business Financial Solutions**

**559 W. Uwchlan Ave 220**

**Exton, PA 19341-3013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**SOS Capital**

**1330 6th Ave**

**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $931,111.12 |
|---|---|---|---|

**Steven Rogers**

**c/o Roberts Markland LLP**

**2555 N. MacGregor Way**

**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **The Turkey Leg Hut & Company LLC** | Case number *(if known)* | **24-31275** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**Vanguard Loan**

**P.O. Box 982903**

**El Paso, TX 79998**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,674.56

---

**3.18** Nonpriority creditor's name and mailing address

**Waste Connection of Texas**

**Three Waterway Square Place 110**

**The Woodlands, TX 77380**

Date or dates debt was incurred _____

Last 4 digits of account number  5 _ 9 _ 4 _ 5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  4902 Almeda

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$961.91

---

**3.19** Nonpriority creditor's name and mailing address

**Waste Connection of Texas**

**Three Waterway Square Place 110**

**The Woodlands, TX 77380**

Date or dates debt was incurred _____

Last 4 digits of account number  4 _ 7 _ 6 _ 0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  4830 Almeda

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$16,979.66

---

**3.20** Nonpriority creditor's name and mailing address

**ZEEE TRADING INC**

**207 CEDAR LAKE DR**

**League City, TX 77573**

Date or dates debt was incurred _____

Last 4 digits of account number  9 _ 5 _ 2 _ 0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$53,322.34

---

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* | 24-31275 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Texas Attorney General's Office**<br>**Bankruptcy & Collections Disvision**<br>**PO Box 12548**<br>**Austin, TX 78711** | Line **2.2**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **The Turkey Leg Hut & Company LLC**                          Case number *(if known)*      **24-31275**
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$2,108,000.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,193,370.45** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,301,370.45** |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name _____ The Turkey Leg Hut & Company LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____ 24-31275 _____ Chapter __ 11 __

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | (Ice Machine) |
| | | Contract to be ASSUMED | |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Restaurant Operations | CNPH Properties LLC |
| | | Contract to be ASSUMED | PO Box 720958 |
| | **State the term remaining** | 36 months | Houston, TX 77272 |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Licensing Fee for POS | TOAST |
| | | Contract to be ASSUMED | 333 Summer Street |
| | **State the term remaining** | 0 months | Boston, MA 02210 |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name **The Turkey Leg Hut & Company LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known): **24-31275**

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Lyndell Leroy Price | 1825 Rosedale Street<br>Street<br><br>Houston, TX 77004<br>City          State          ZIP Code | Steven Rogers<br><br><br>Carlos Jimenez | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G |
| **2.2** Nakia Price | 4830 Almeda Rd<br>Street<br><br>Houston, TX 77004<br>City          State          ZIP Code | Steven Rogers<br><br><br>US Foods, Inc | ☐ D<br>☑ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| **2.3** TLH Concessions LLC | 1825 Rosedale Street<br>Street<br><br>Houston, TX 77004<br>City          State          ZIP Code | Carlos Jimenez | ☐ D<br>☑ E/F<br>☐ G |
| **2.4** | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor    **The Turkey Leg Hut & Company LLC**                                    Case number (if known)  **24-31275**
          Name

| | **Additional Page if Debtor Has More Codebtors** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name _____The Turkey Leg Hut & Company LLC_____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): ___24-31275___   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................

   | $564,585.22 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................

   | $564,585.22 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $2,092,284.73 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

   | $2,108,000.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $2,193,370.45 |

4. **Total liabilities**.................................................................................................................
   Lines 2 + 3a + 3b

   | $6,393,655.18 |

**Fill in this information to identify the case:**

Debtor name _____The Turkey Leg Hut & Company LLC_____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____24-31275_____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $1,629,695.37 |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $10,194,221.81 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $14,035,090.83 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

| Debtor | The Turkey Leg Hut & Company LLC | | Case number *(if known)* | 24-31275 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State     ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City          State     ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Case 24-31275    Document 33    Filed in TXSB on 04/11/24    Page 31 of 45

5.1.    _____    _____    _____    _____

        Creditor's name

        _____

        Street

        _____

        _____
        City                State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City      State    ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| US Foods Inc v. The Turkey Leg Hut & Company and Nakia Price | Enforcement of PACA Trust, Account States, and Unjust Enrichment | US District Court Northern District of Illinois <br> Name <br><br> Street <br><br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> 22-cv-06759 | | | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Rogers v. The Turkey Leg Hut & Company LLC, Nakia Price and Lyndell Price | Debt/Civil Contract | 127th Judicial District Court, Harris County <br> Name <br><br> Street <br><br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> 2023-08671 | | | |

Debtor   The Turkey Leg Hut & Company LLC                                      Case number *(if known)*   24-31275
         Name

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Texas Comptroller v. The Turkey Leg Hut & Company LLC | Administrative Proceeding and/or Audit. | Administrative Proceeding or Audit | ☑ Pending ☐ On appeal ☐ Concluded |

**Case number**

_____

City                State   ZIP Code

**7.4.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Carlos Jiminez v. The Turkey Leg Hut & Company, Lyndell Leroy Price and TLH Concessions LLC | Negligence, Assault by Lyndell Price and Vicarious Liability | Harris County Court at Law No. 4 | ☑ Pending ☐ On appeal ☐ Concluded |

**Case number**

1201041

City                State   ZIP Code

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | Court name and address |
| Street | Case title | Name |
| | Case number | Street |
| City    State   ZIP Code | Date of order or assignment | City    State   ZIP Code |

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City    State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 4

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* | 24-31275 |
|---|---|---|---|
| | Name | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| The Pope Law Firm | Chapter 11 Retainer Fee | 03/26/2024 | $20,000.00 |
| **Address** | Consultation Fee | 03/22/2024 | $7,500.00 |
| 6161 Savoy Drive 1125<br>Street | | | |
| Houston, TX 77036<br>City        State    ZIP Code | | | |
| **Email or website address** | | | |
| jamesp@thepopelawfirm.com | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| _____ | | | |

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* | 24-31275 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State    ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                      Reservations are made through OpenTable but the information
State the nature of the information collected and retained. is not stored inhouse.

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   The Turkey Leg Hut & Company LLC                                    Case number *(if known)*        24-31275
              Name

18.1   _____   XXXX– _ _ _ _       ☐ Checking           _____   _____
        Name                                                                         ☐ Savings
        _____                                              ☐ Money market
        Street                                                                        ☐ Brokerage
        _____                                              ☐ Other
        _____                                                 _____
        City              State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City       State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City       State   ZIP Code | | | |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City       State   ZIP Code | | | |

Debtor    The Turkey Leg Hut & Company LLC                    Case number *(if known)*    24-31275
          Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following applies:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City        State    ZIP Code | _____ | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

| Debtor | The Turkey Leg Hut & Company LLC | Case number *(if known)* | 24-31275 |
|---|---|---|---|
| | Name | | |

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>City          State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| 26a.1.  Taariq Muhammad<br>Name<br>770 Smith St 61070<br>Street<br><br>Houston, TX 77002<br>City          State          ZIP Code | From June 2003   To January 2024 |
| 26a.2.  CharbreNe Hunter<br>Name<br>38121 25th Street East BB 203<br>Street<br><br>Palmdale, CA 93550<br>City          State          ZIP Code | From February 2024   To Current |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| **Name and address** | **Dates of service** |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>City          State          ZIP Code | From _____   To _____ |

---

| Debtor | The Turkey Leg Hut & Company LLC | Case number (if known) | 24-31275 |
|---|---|---|---|
| | Name | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | _____ |
| Name | _____ |
| _____ | |
| Street | |
| _____ | |
| City               State               ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City               State               ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City               State               ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nakia Price | 17523 Sugar Pine Dr. Houston, TX 77090 | Managing Member, | 87.50% |
| Carl Moore | 4830 Almeda Road Houston, TX 77004 | General Partner, | 12.50% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
|      |         |                                     | From _____  To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code <br><br> **Relationship to debtor** <br> _____ |  |  |  |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|  _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|  _____ | EIN: __ __ – __ __ __ __ __ __ __ |

| Part 14: | Signature and Declaration |
|----------|---------------------------|

Debtor    The Turkey Leg Hut & Company LLC                                    Case number *(if known)*        24-31275
             Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____04/11/2024_____
                   MM/  DD/  YYYY

**X** /s/ Nakia Price                                    Printed name            Nakia Price
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor      Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **13**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**  The Turkey Leg Hut & Company LLC

Case No. _____24-31275_____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................... $27,500.00

Prior to the filing of this statement I have received ................................................................... $27,500.00

Balance Due ............................................................................................................................ $0.00

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/11/2024                                          /s/ James Q. Pope
Date                                                James Q. Pope
                                                    *Signature of Attorney*

                                                         Bar Number: 24048738
                                                         The Pope Law Firm
                                                         6161 Savoy Drive 1125
                                                         Houston, TX 77036
                                                         Phone: (713) 449-4481


                                                    The Pope Law Firm
                                                    *Name of law firm*

(ICE MACHINE)

ACAR LEASING LTD
D/B/A GM FINANCIAL LEASING
PO BOX BOX 183853
ARLINGTON, TX 76096

AIS PORTFOLIO SERVICES,
LLC
ATTN: ALLY BANK DEPARTMENT
4515 N. SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

ALLY BANK
C/O AIS PORT SVCS
4515 N. SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK 73118

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265

CARLOS JIMENEZ
POUPORE LAW FIRM
3233 W. DALLAS ST. 313
HOUSTON, TX 77019

CINTAS-RESTAURANT
SUPPLIES
5355 W SAM HOUSTON PKWY N STE 300
HOUSTON, TX 77041

CITY OF HOUSTON - WATER
611 WALKER ST
HOUSTON, TX 77002

CNPH PROPERTIES LLC
PO BOX 720958
HOUSTON, TX 77272

EBF HOLDINGS LLC
102 W. 38TH STREET
NEW YORK, NY 10018

HARRIS COUNTY, ET AL
LINEBARGER GOGGAN BLAIR SAMPSON
PO BOX 3064
HOUSTON, TX 77253

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101

J4 PRODUCTIONS
9858 GOLDEN PRAIRIE LN
HOUSTON, TX 77086-3427

LYNDELL LEROY PRICE
1825 ROSEDALE STREET
HOUSTON, TX 77004

MAGNAFLOW-OIL REFUSE
3937 OCEAN RANCH BLVD
OCEANSIDE, CA 92056

NAKIA PRICE
4830 ALMEDA RD
HOUSTON, TX 77004

PEPSI-BEVERAGES
9300 LA PORTE FWY
HOUSTON, TX 77017

SMALL BUSINESS
ADMINISTRATION
409 3RD ST., SW
WASHINGTON, DC 20416

SMALL BUSINESS FINANCIAL
SOLUTIONS
559 W. UWCHLAN AVE 220
EXTON, PA 19341-3013

SOS CAPITAL
1330 6TH AVE
NEW YORK, NY 10019

STEVEN ROGERS
C/O ROBERTS MARKLAND LLP
2555 N. MACGREGOR WAY
HOUSTON, TX 77004

TEXAS ATTORNEY GENERAL'S
OFFICE
BANKRUPTCY & COLLECTIONS DISVISION
PO BOX 12548
AUSTIN, TX 78711

TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
P.O. BOX 13528, CAPITOL STATION
AUSTIN, TX 78711

TLH CONCESSIONS LLC
1825 ROSEDALE STREET
HOUSTON, TX 77004

TOAST
333 SUMMER STREET
BOSTON, MA 02210

US FOODS, INC
C/O BRIAN L. SHAW
123 NORTH WACKER DRIVE 1800
CHICAGO, IL 60606

VANGUARD LOAN
P.O. BOX 982903
EL PASO, TX 79998

WASTE CONNECTION OF
TEXAS
THREE WATERWAY SQUARE PLACE 110
THE WOODLANDS, TX 77380

WEBBANK
215 SOUTH STATE STREET 1000
SALT LAKE CITY, UT 84111

ZEEE TRADING INC
207 CEDAR LAKE DR
LEAGUE CITY, TX 77573

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **The Turkey Leg Hut & Company LLC**                      CASE NO 24-31275

                                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    04/11/2024        Signature _____ /s/ Nakia Price _____

                                                    Nakia Price, Managing Member