# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE: **The Turkey Leg Hut & Company LLC**

CHAPTER **11**

DEBTOR(S)

CASE NO **24-31275**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security / Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Limited Liability Company** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/11/2024**

Signature: /s/ Nakia Price
*Nakia Price, Managing Member*