**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **The Turkey Leg Hut & Company LLC**          CASE NO 24-31275

                                                      CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   04/11/2024        Signature           /s/ Nakia Price
                                     Nakia Price, Managing Member

| | | |
|---|---|---|
| | ACAR LEASING LTD<br>D/B/A GM FINANCIAL LEASING<br>PO BOX BOX 183853<br>ARLINGTON, TX 76096 | AIS PORTFOLIO SERVICES, LLC<br>ATTN: ALLY BANK DEPARTMENT<br>4515 N. SANTA FE AVE. DEPT. APS<br>OKLAHOMA CITY, OK 73118 |
| ALLY BANK<br>C/O AIS PORT SVCS<br>4515 N. SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX 75265 | CARLOS JIMENEZ<br>POUPORE LAW FIRM<br>3233 W. DALLAS ST. 313<br>HOUSTON, TX 77019 |
| CINTAS-RESTAURANT SUPPLIES<br>5355 W SAM HOUSTON PKWY N STE 300<br>HOUSTON, TX 77041 | CITY OF HOUSTON - WATER<br>611 WALKER ST<br>HOUSTON, TX 77002 | CNPH PROPERTIES LLC<br>PO BOX 720958<br>HOUSTON, TX 77272 |
| EBF HOLDINGS LLC<br>102 W. 38TH STREET<br>NEW YORK, NY 10018 | HARRIS COUNTY, ET AL<br>LINEBARGER GOGGAN BLAIR SAMPSON<br>PO BOX 3064<br>HOUSTON, TX 77253 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| J4 PRODUCTIONS<br>9858 GOLDEN PRAIRIE LN<br>HOUSTON, TX 77086-3427 | LYNDELL LEROY PRICE<br>1825 ROSEDALE STREET<br>HOUSTON, TX 77004 | MAGNAFLOW-OIL REFUSE<br>3937 OCEAN RANCH BLVD<br>OCEANSIDE, CA 92056 |
| NAKIA PRICE<br>4830 ALMEDA RD<br>HOUSTON, TX 77004 | PEPSI-BEVERAGES<br>9300 LA PORTE FWY<br>HOUSTON, TX 77017 | SMALL BUSINESS ADMINISTRATION<br>409 3RD ST., SW<br>WASHINGTON, DC 20416 |
| SMALL BUSINESS FINANCIAL SOLUTIONS<br>559 W. UWCHLAN AVE 220<br>EXTON, PA 19341-3013 | SOS CAPITAL<br>1330 6TH AVE<br>NEW YORK, NY 10019 | STEVEN ROGERS<br>C/O ROBERTS MARKLAND LLP<br>2555 N. MACGREGOR WAY<br>HOUSTON, TX 77004 |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DISVISION<br>PO BOX 12548<br>AUSTIN, TX 78711 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 13528, CAPITOL STATION<br>AUSTIN, TX 78711 | TLH CONCESSIONS LLC<br>1825 ROSEDALE STREET<br>HOUSTON, TX 77004 |
| TOAST<br>333 SUMMER STREET<br>BOSTON, MA 02210 | US FOODS, INC<br>C/O BRIAN L. SHAW<br>123 NORTH WACKER DRIVE 1800<br>CHICAGO, IL 60606 | VANGUARD LOAN<br>P.O. BOX 982903<br>EL PASO, TX 79998 |
| WASTE CONNECTION OF TEXAS<br>THREE WATERWAY SQUARE PLACE 110<br>THE WOODLANDS, TX 77380 | WEBBANK<br>215 SOUTH STATE STREET 1000<br>SALT LAKE CITY, UT 84111 | ZEEE TRADING INC<br>207 CEDAR LAKE DR<br>LEAGUE CITY, TX 77573 |