United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31275 |
| THE TURKEY LEG HUT & COMPANY LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |

## ORDER

On May 3, 2024, the Court conducted an initial status conference. The Turkey Hut & Company, LLC ("*Debtor*") is a Subchapter V Small Business as set forth in 11 U.S.C. §1181 et seq. During the initial status conference, Brendon Singh, the Subchapter V Trustee, requested that the Court expand the Subchapter V Trustee's to investigate the Debtor's accounting practices as the Debtor is not current on all required tax returns.[1] As such, the Court finds cause exists to expand the Subchapter V Trustee's duties. Accordingly, it is therefore:

**ORDERED**: that

1. Pursuant to 11 U.S.C. § 1183(b)(2), the Court finds cause to expand the Subchapter V Trustee's duties to include performance of the duties specified in paragraphs (3), (4), and (7) of section 1106(a) of title 11. The Subchapter V Trustee shall have until June 3, 2024, to file a report with the Clerk of Court.

SIGNED May 3, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 62.