UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31275 |
| THE TURKEY LEG HUT & COMPANY LLC | § § § | |
| | § | CHAPTER 11 |
| Debtor | § § | SUBCHAPTER V |

## MOTION TO EXTEND THE DEADLINE TO FILE SUBCHAPTER V TRUSTEE'S INITIAL FINDINGS OF THE TURKEY LEG HUT & COMPANY LLC INVESTIGATION

TO THE HONORABLE EDUARDO V. RODRIGUEZ UNITED STATES BANKRUPTCY JUDGE:

Comes now, Brendon D. Singh, Subchapter V Trustee in the captioned case ("Trustee"), and files this *Motion to Extend the Deadline to File Subchapter V Trustee's Initial Findings of The Turkey Leg Hut & Company LLC Investigation* (the "Motion") and in support thereof would respectfully show the Court as follows:

### SUMMARY OF RELIEF REQUESTED

By this Motion, Trustee seeks a 14-day extension of the June 3, 2024 deadline to file the *Subchapter V Trustee's Initial Findings of The Turkey Leg Hut & Company LLC* ("Report") through June 17, 2023. Cause exists to extend the deadline because Trustee (i) only received bank statements for the full month of April 2024, but only received six days for March 2024, on the afternoon of May 31, 2024; and (ii) credit card statements for ten months of 2023 and only for January 2024 on May 30, 2024, all of which needs to be reviewed and incorporated into the Report, thus causing a delay in the filing.

1

## I.     JURISDICTION AND VENUE

1. This Court has jurisdiction by virtue of 28 U.S.C. §1334. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(M).

2. The statutory predicate for the relief sought herein is Bankruptcy Rule 9006.

## II.     BACKGROUND INFORMATION

3. On May 3, 2024, the Court entered an order expanding the Trustee duties under 11 U.S.C. 1183(b)(2) and requiring that the Report be filed by June 3, 2024 (Docket No. 65).

4. On or about May 30-31, 2024, Trustee received relevant documents from the Debtor that had been previously requested. These documents need to be reviewed and incorporated into the Report, thus causing a delay in the filing.

## III.     REQUEST FOR RELIEF

8. Trustee requests a 14-day extension, through June 17, 2024, to file the Report.

9. For the reasons stated above, Trustee believes that "cause" exists pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) to extend the deadline by 14-days, through June 17, 2024.

WHEREFORE, Trustee requests that the Court enter an order extending the deadline to file the Report through June 17, 2024 and grant such other and further relief as is just.

DATED: June 3, 2024                                     Respectfully submitted,

**TRAN SINGH LLP**

By: */s/Brendon Singh*
Brendon Singh
TBN: 24075646
2502 La Branch St
Houston, Texas 77004
Telephone: (832) 975-7300
Fax: (832) 975-7301
Email: bsingh@ts-llp.com
**SUBCHAPTER V TRUSTEE**

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 3, 2024, all the interested parties on the attached service list were served a true and correct copy of the *Motion to Extend the Deadline to File Subchapter V Trustee's Initial Findings of Turkey Leg Hut & Company LLC* via U.S First Class mail or notice via CM/ECF.

/s/Brendon Singh

3