United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF**
**TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-31275 |
| THE TURKEY LEG HUT & COMPANY LLC | § § § | |
| | § | CHAPTER 11 |
| Debtor | § | |
| | § | SUBCHAPTER V |

### ORDER GRANTING SUBCHAPTER V TRUSTEE'S MOTION TO EXTEND THE DEADLINE TO FILE SUBCHAPTER V TRUSTEE'S INITIAL FINDINGS OF THE TURKEY LEG HUT & COMPANY LLC INVESTIGATION

Brendon Singh, Subchapter V Trustee in the captioned case ("Trustee"), filed the Motion to Extend the Deadline to File Subchapter V Trustee's Initial Findings of The Turkey Leg Hut & Company LLC Investigation (the "Motion"). The Court finds that cause exists to GRANT the relief requested in the Motion. It is, therefore

ORDERED that the deadline for Trustee to file Subchapter V Trustee's Initial Findings of The Turkey Leg Hut & Company LLC Investigation is extended through June 17, 2024.

Signed: June 07, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge