Fill in this information to identify the case:

Debtor name **The Turkey Leg Hut & Company LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors** who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** **Aerian Joseph** _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the Claim:** **Prepetition payroll** **Is the claim subject to offset?** ☑ No ☐ Yes | $263.03 | $263.03 |
| **2.2** **Priority creditor's name and mailing address** **Alberado Cuevas** _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** ___ ___ ___ ___ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the Claim:** **Prepetition payroll** **Is the claim subject to offset?** ☑ No ☐ Yes | $4,800.00 | $4,800.00 |

Debtor    **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.27 | $191.27 |

**2.3**

Priority creditor's name and mailing address
**Alia Patterson**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$191.27     $191.27

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.4**

Priority creditor's name and mailing address
**Anari Smith**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.32     $92.32

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.5**

Priority creditor's name and mailing address
**Anastacio Bulux**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,800.00     $4,800.00

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

Debtor  **The Turkey Leg Hut & Company LLC**
Name                                                                          Case number *(if known)* _____

---

**Part 1:** Additional Page

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.79 | $357.79 |
|---|---|---|---|---|

**2.6** Priority creditor's name and mailing address
**Aniya Powell**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$357.79            $357.79

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.7** Priority creditor's name and mailing address
**Audrey Johnson**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$635.76            $635.76

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.8** Priority creditor's name and mailing address
**Ayoumi Cajolin**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,167.01            $1,167.01

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

Debtor   **The Turkey Leg Hut & Company LLC**

Name                                                          Case number *(if known)* _____

| Part 1: | Additional Page |

---

**2.9** Priority creditor's name and mailing address

**Bada Leye**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,423.20                $1,423.20

---

**2.10** Priority creditor's name and mailing address

**Brianna Lagunas**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$264.16                  $264.16

---

**2.11** Priority creditor's name and mailing address

**Briona Green**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$237.08                  $237.08

---

Debtor **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.12** Priority creditor's name and mailing address
**Charlie Roberts**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,152.47 | $2,152.47

---

**2.13** Priority creditor's name and mailing address
**Cheikh Loukar**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,085.54 | $1,085.54

---

**2.14** Priority creditor's name and mailing address
**Cruz Tzep**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,122.13 | $2,122.13

---

Debtor   **The Turkey Leg Hut & Company LLC**

Name

Case number *(if known)* _____

---

## Part 1:   Additional Page

**2.15** | Priority creditor's name and mailing address
**Daniel Martinez**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,983.63 | $1,983.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Prepetition payroll**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Danielle Holmes**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $0.00 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Prepetition payroll**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Deantez Willis**

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $705.94 | $705.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Prepetition payroll**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **The Turkey Leg Hut & Company LLC**
　　　　　Name                                                     Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.11 | $425.11
**Deorso Brown**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Prepetition payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$425.11    $425.11

---

**2.19** | Priority creditor's name and mailing address
**Derrick Parker**

Date or dates debt was incurred

Last 4 digits of account number ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Prepetition payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$414.10    $414.10

---

**2.20** | Priority creditor's name and mailing address
**Diamond Johnson**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Prepetition payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$929.52    $929.52

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)*

---

**Part 1:**  Additional Page

**2.21** Priority creditor's name and mailing address

**Diego Tzep**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   $2,352.56   $2,352.56
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the Claim:

**Prepetition payroll**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.22** Priority creditor's name and mailing address

**Dijon Banks**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   $589.55   $589.55
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the Claim:

**Prepetition payroll**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**2.23** Priority creditor's name and mailing address

**Dmitri Green**

Date or dates debt was incurred

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:   $843.60   $843.60
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the Claim:

**Prepetition payroll**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor **The Turkey Leg Hut & Company LLC**

Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |
|---------|-----------------|

---

**2.24**

Priority creditor's name and mailing address

**Donald Hudson**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    **$942.68**    **$942.68**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address

**Edward Ruiz**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    **$1,120.32**    **$1,120.32**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address

**Elizer Garcia Cano**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    **$1,948.08**    **$1,948.08**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **The Turkey Leg Hut & Company LLC**

Name

Case number *(if known)* _____

| **Part 1:** | Additional Page |
| --- | --- |

**2.27**

Priority creditor's name and mailing address

**Eloisa Casia**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,987.12          $1,987.12

**2.28**

Priority creditor's name and mailing address

**Esprit Hunter**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

$354.45          $354.45

**2.29**

Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101**

Date or dates debt was incurred

_____

Last 4 digits of account

number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?

☑ No
☐ Yes

$158,000.00          $158,000.00

Debtor    **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.30** Priority creditor's name and mailing address

Jaime Lopez

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:    $2,131.56    $2,131.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Prepetition payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address

Jamaul Hollins

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:    $586.65    $586.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Prepetition payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address

Jan Carroll

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:    $5,400.00    $5,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Prepetition payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **The Turkey Leg Hut & Company LLC**

Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.33** Priority creditor's name and mailing address

**Jaron Artiga**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $687.73 | $687.73

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.34** Priority creditor's name and mailing address

**Jasmine St Julien**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,608.79 | $1,608.79

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.35** Priority creditor's name and mailing address

**Jeisson Ramirez**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $2,921.80 | $2,921.80

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

## Part 1:   Additional Page

**2.36**

**Priority creditor's name and mailing address**

Jessica Green

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Prepetition payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,010.74   $1,010.74

---

**2.37**

**Priority creditor's name and mailing address**

Julia Tax-Puac

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Prepetition payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,250.32   $2,250.32

---

**2.38**

**Priority creditor's name and mailing address**

K'Aliyha Herron

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
Prepetition payroll

**Is the claim subject to offset?**
☑ No
☐ Yes

$754.28   $754.28

Debtor   **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 1:    Additional Page**

**2.39** Priority creditor's name and mailing address
**Kary Celina Aguilar Menchu**

As of the petition filing date, the claim is: | $1,160.04 | $1,160.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.40** Priority creditor's name and mailing address
**Keairah McGowan**

As of the petition filing date, the claim is: | $4,095.00 | $4,095.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.41** Priority creditor's name and mailing address
**Kelli Ducre**

As of the petition filing date, the claim is: | $2,972.01 | $2,972.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number _____ _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

Debtor   **The Turkey Leg Hut & Company LLC**                                   Case number *(if known)* _____
Name

---

**Part 1:**   Additional Page

---

**2.42**   Priority creditor's name and mailing address

**Lucus Tol**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,200.00          $3,200.00

---

**2.43**   Priority creditor's name and mailing address

**Marco Sanchez**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,267.23          $2,267.23

---

**2.44**   Priority creditor's name and mailing address

**Maria Tzaj Tzep**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,000.00          $3,000.00

---

Debtor   **The Turkey Leg Hut & Company LLC**                    Case number *(if known)* _____
         Name

| **Part 1:** | Additional Page |

---

**2.45** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.10 | $1,070.10

**Marvin Quiros**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

**2.46** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.31 | $588.31

**Misael Elvin Chavez**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

---

**2.47** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.08 | $487.08

**Mykia Hinnant**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

Debtor **The Turkey Leg Hut & Company LLC**
Name
Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.48** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.74 | $930.74
| **Nastaysia Pope** | *Check all that apply.*
| | ☐ Contingent
| | ☐ Unliquidated
| | ☐ Disputed
| Date or dates debt was incurred | **Basis for the Claim:**
| | **Prepetition payroll**
| Last 4 digits of account | **Is the claim subject to offset?**
| number ___ ___ ___ ___ | ☑ No
| Specify Code subsection of PRIORITY unsecured | ☐ Yes
| claim: 11 U.S.C. § 507(a) **(4)**

---

**2.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.72 | $903.72
| **Nataly Choc Choc** | *Check all that apply.*
| | ☐ Contingent
| | ☐ Unliquidated
| | ☐ Disputed
| Date or dates debt was incurred | **Basis for the Claim:**
| | **Prepetition payroll**
| Last 4 digits of account | **Is the claim subject to offset?**
| number ___ ___ ___ ___ | ☑ No
| Specify Code subsection of PRIORITY unsecured | ☐ Yes
| claim: 11 U.S.C. § 507(a) **(4)**

---

**2.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.38 | $1,726.38
| **Ostin Alejandro** | *Check all that apply.*
| | ☐ Contingent
| | ☐ Unliquidated
| | ☐ Disputed
| Date or dates debt was incurred | **Basis for the Claim:**
| | **Prepetition payroll**
| Last 4 digits of account | **Is the claim subject to offset?**
| number ___ ___ ___ ___ | ☑ No
| Specify Code subsection of PRIORITY unsecured | ☐ Yes
| claim: 11 U.S.C. § 507(a) **(4)**

---

Debtor  __The Turkey Leg Hut & Company LLC_____     Case number *(if known)* _____
        Name

---

**Part 1:** Additional Page

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,488.55 | $1,488.55 |
|------|---|---|---|---|

**2.51**

Priority creditor's name and mailing address
__Paige Harrell__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,488.55**      **$1,488.55**

Date or dates debt was incurred

Basis for the Claim:
__Prepetition payroll__

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.52**

Priority creditor's name and mailing address
__Rebecca Harper__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,138.71**      **$1,138.71**

Date or dates debt was incurred

Basis for the Claim:
__Prepetition payroll__

Last 4 digits of account
number ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.53**

Priority creditor's name and mailing address
__Reginald Hines__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,429.12**      **$1,429.12**

Date or dates debt was incurred

Basis for the Claim:
__Prepetition payroll__

Last 4 digits of account
number ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

Debtor **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

**2.54** Priority creditor's name and mailing address
**Ronald Jones**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,786.14                $1,786.14

---

**2.55** Priority creditor's name and mailing address
**Ronald Square**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00                $4,000.00

---

**2.56** Priority creditor's name and mailing address
**Santiago Ada**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

$661.32                $661.32

---

Debtor    **The Turkey Leg Hut & Company LLC**

Name                                                        Case number *(if known)* _____

| Part 1: | Additional Page |

---

**2.57**

Priority creditor's name and mailing address

**Serigne Fall**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,387.46          $2,387.46

---

**2.58**

Priority creditor's name and mailing address

**Serigne Mbacke**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,374.44          $2,374.44

---

**2.59**

Priority creditor's name and mailing address

**Suheily Rivera**

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Prepetition payroll**

**Is the claim subject to offset?**

☑ No
☐ Yes

$4,800.00          $4,800.00

---

Debtor    **The Turkey Leg Hut & Company LLC**            Case number *(if known)* _____
          Name

---

**Part 1:**  Additional Page

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.39 | $785.39 |
|---|---|---|---|---|

**2.60**

Priority creditor's name and mailing address

**Tatyana Powell**

As of the petition filing date, the claim is: $785.39    $785.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.61**

Priority creditor's name and mailing address

**Tayla Ranson**

As of the petition filing date, the claim is: $371.05    $370.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the Claim:
**Prepetition payroll**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.62**

Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528, Capitol Station**

**Austin, TX 78711**

As of the petition filing date, the claim is: $1,950,000.00    $1,950,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the Claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

Debtor     **The Turkey Leg Hut & Company LLC**                    Case number *(if known)* _____
           Name

| **Part 1:** | Additional Page |

---

**2.63**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 | $7,000.00 |
|---|---|---|---|

**Tiffany Parker**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
**Prepetition payroll**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

---

**2.64**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,833.43 | $1,833.43 |
|---|---|---|---|

**T'Keyah Brooks**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
**Prepetition payroll**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

---

**2.65**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.72 | $85.72 |
|---|---|---|---|

**Victoria Walsh**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**
**Prepetition payroll**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

---

Debtor   **The Turkey Leg Hut & Company LLC**
Name                                                    Case number *(if known)* _____

| Part 1: | Additional Page |

---

**2.66**

Priority creditor's name and mailing address
**William Pelico-DeLeon**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $6,000.00    $6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.67**

Priority creditor's name and mailing address
**William Villanueva**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $3,400.00    $3,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.68**

Priority creditor's name and mailing address
**Willie Bullard**
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $1,598.41    $1,598.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Prepetition payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **The Turkey Leg Hut & Company LLC**                                 Case number *(if known)* _____
          Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

ACAR Leasing LTD

d/b/a GM Financial Leasing

PO Box Box 183853

Arlington, TX 76096

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease re: 2021 Cadillac Escalade AWD**

Is the claim subject to offset?
☒ No
☐ Yes

**$7,407.60**

---

**3.2** Nonpriority creditor's name and mailing address

AIS Portfolio Services, LLC

Attn: Ally Bank Department

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.3** Nonpriority creditor's name and mailing address

American Express

PO Box 650448

Dallas, TX 75265

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**$57,621.31**

---

**3.4** Nonpriority creditor's name and mailing address

Carlos Jimenez

3233 W. Dallas St. 313

Houston, TX 77019

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**unknown**

---

Debtor  **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**CINTAS-RESTAURANT SUPPLIES**

**5355 W Sam Houston Pkwy N Ste 300**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number  **8  3  0  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **4902 Almeda**

Is the claim subject to offset?
☑ No
☐ Yes

$190.20

---

**3.6** Nonpriority creditor's name and mailing address

**CINTAS-RESTAURANT SUPPLIES**

**5355 W Sam Houston Pkwy N Ste 300**

**Houston, TX 77041**

Date or dates debt was incurred _____

Last 4 digits of account number  **8  3  0  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$70,758.85

---

**3.7** Nonpriority creditor's name and mailing address

**City of Houston - Water**

**611 Walker St**

**Houston, TX 77002**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Remarks: 4902 Almeda Rd

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Water Bill**

Is the claim subject to offset?
☑ No
☐ Yes

$10,641.77

---

**3.8** Nonpriority creditor's name and mailing address

**City of Houston - Water**

**611 Walker St**

**Houston, TX 77002**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  5  6  4**

Remarks: 1825 Rosedale St

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Water Bill**

Is the claim subject to offset?
☑ No
☐ Yes

$10,862.74

---

Debtor **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,212.55 |
|---|---|---|---|

**EBF Holdings LLC**

**102 W. 38th Street**

**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**J4 Productions**

**9858 Golden Prairie Ln**

**Houston, TX 77086-3427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,853.96 |
|---|---|---|---|

**MAGNAFLOW-OIL REFUSE**

**3937 Ocean Ranch Blvd**

**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number  4  9  7  5

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $781,758.59 |
|---|---|---|---|

**Nakia Price**

**4830 Almeda Rd**

**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     **The Turkey Leg Hut & Company LLC**                              Case number *(if known)* _____
            Name

| **Part 2:** | Additional Page |

---

**3.13** | Nonpriority creditor's name and mailing address

**PEPSI-BEVERAGES**

**9300 La Porte Fwy**

**Houston, TX 77017**

Date or dates debt was incurred _____

Last 4 digits of account number    6   6   5   7

As of the petition filing date, the claim is:    **$21,782.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

**Small Business Financial Solutions**

**559 W. Uwchlan Ave 220**

**Exton, PA 19341-3013**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$102,230.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

**SOS Capital**

**1330 6th Ave**

**New York, NY 10019**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**Steven Rogers**

**c/o Roberts Markland LLP**

**2555 N. MacGregor Way**

**Houston, TX 77004**

Date or dates debt was incurred _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$931,111.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **The Turkey Leg Hut & Company LLC**
Name

Case number *(if known)* _____

**Part 2:** Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,674.56 |

**Vanguard Loan**

**P.O. Box 982903**

**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,979.66 |

**Waste Connection of Texas**

**Three Waterway Square Place 110**

**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  4830 Almeda

Last 4 digits of account number   5  9  4  5

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,979.66 |

**Waste Connection of Texas**

**Three Waterway Square Place 110**

**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:  4830 Almeda

Last 4 digits of account number   4  7  6  0

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,322.34 |

**ZEEE TRADING INC**

**207 CEDAR LAKE DR**

**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number   9  5  2  0

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **The Turkey Leg Hut & Company LLC**
          Name

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | **Total claims from Part 1** | 5a. | **$2,223,080.64** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,209,388.20** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,432,468.84** |