**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Turkey Leg Hut & Company LLC | § | |
| | § | Case No. 24-31275 |
| Debtor. | § | **Eduardo V. Rodriguez** |

## EMERGENCY MOTION TO CONVERT THE CASE TO CHAPTER 7

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THIS MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE THAT THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED; IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO PARTICIPATE ELECTRONICALLY, PARTIES MUST FOLLOW THE INSTRUCTIONS SET FORTH ON JUDGE RODRIGUEZ'S WEB PAGE LOCATED AT: HTTPS://WWW.TXS.USCOURTS.GOV/CONTENT/UNITED-STATES-BANKRUPTCY-JUDGE-EDUARDO-V-RODRIGUEZ. PARTIES ARE ADDITIONALLY INSTRUCTED TO: (I) CALL IN UTILIZING THE DIAL-IN-NUMBER FOR HEARINGS BEFORE JUDGE RODRIGUEZ AT 832-917-1510, CONFERENCE ROOM NUMBER 999276 AND (II) LOG ON TO GOTOMEETING FOR VIDEO APPEARANCES AND WITNESS TESTIMONY, UTILIZING CONFERENCE CODE: JUDGERODRIGUEZ. PARTIES MUST HAVE TWO SEPARATE DEVICES TO APPEAR BY VIDEO AND TELEPHONICALLY. ONE DEVICE WILL BE USED TO LOG ON TO GOTOMEETING AND THE OTHER WILL BE USED TO CALL THE TELEPHONIC CONFERENCE LINE.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDER THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To the Honorable Eduardo V. Rodriguez:**

Brendon D. Singh, the Subchapter V Trustee (the "Trustee") appointed in the Subchapter V Trustee of the bankruptcy estate of The Turkey Leg Hut & Company LLC, (the "Debtor"), hereby files this Motion to Convert the case to chapter 7 (the "Motion") and in support of the request relief would represent as follows:

## I.   JURISDICTION & VENUE

1. This Court has jurisdiction over these matters pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this Subchapter V case in this district is proper pursuant to 28 U.S.C. § 1408 and 1409.

## II.   BACKGROUND

2. The Debtor commenced this bankruptcy case by filing a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and elected to proceed under subchapter V of chapter 11 on March 26, 2024 (the "Petition Date").

3. On March 27, 2024, the Office of the United States Trustee for Region 7 appointed Brendon Singh as the Trustee in this case [Docket #3].

4. On May 3, 2024, the Court entered its Order Expanding Subchapter V Trustee's Duties under 11 U.S.C. §1183(b)(2) and requiring Trustee to file a report pursuant to 11 U.S.C. §1106(a)(3) & (4) [Docket #65].

5. On June 17, 2024, the Court entered its Order removing the Debtor as the Debtor-in-Possession and expanded the Trustee duties to perform the duties under 11 U.S.C. §1183(b)(5) [Docket #112].

6. On August 9, 2024, the Court held a hearing on UST's motion to dismiss or convert the case.

7. On September 9, 2024, the Trustee withdrew his opposition to the UST's motion to dismiss or convert the case.

8. On September 19, 2024, Houston Department of Health and Human Services ("HHS"), conducted an inspection, to follow up on an inspection from early April 2024. HHS red tagged a number of items, the most problematic of which, are structural concerns and issues with commercial equipment.

9. By way of example, HHS red tagged the pit room, because the pit room must be fully enclosed, and the ventilation must be replaced or repaired. The pit room is where the restaurant smokes all of its turkey legs and without use of the pit room the restaurant cannot operate. Further, HHS marked the sinks, and floor drains as not properly working or installed incorrectly.

10. Lyndell Price also made explicit threats to Turkey Leg Hut's staff, indicating that he intended to shut down the restaurant through his connections in the city. These threats caused staff to fear for their jobs and personal safety due to Lyndell Price's history of violence.

11. Moreover, after reviewing the security cameras, Mr. Square, one of the managers of the restaurant, appears to be stealing cash from the end of night closing cash. After inquiring, on information and belief, the Trustee learned that Mr. Square is a longtime friend of Mr. Price. Therefore, the Trustee believes that based on the number of structural concerns and commercial equipment problems, each of which requires repair or replacement, together with sheer number of people that are loyal to Mr. Price, the restaurant can no longer support itself and the case should be converted to a case under chapter 7.

### III. RELIEF REQUESTED

12. In relevant part, Section 1112(b) of the Bankruptcy Code provides that on the request of a party in interest, and after notice and a hearing, the court shall convert the case to Chapter 7 or dismiss the case, whichever is in the best interest of creditors and of the estate, so long as the movant establishes "cause." See 11 U.S.C. § 1112(b)(1). The appointment of a trustee or examiner under § 1104(a) is not an available option in subchapter V cases because § 1181 makes § 1104 inapplicable to subchapter V cases. Id. See also In re M.A.R. Designs & Construction, Inc., 653, B.R. 843, 854 (Bankr. S.D. Tex. 2023).

**WHEREFORE,** the Trustee requests that this Court enter an order converting the case, and for all further relief as is just.

Dated: September 22, 2024

**TRAN SINGH LLP**

By:  */s/Brendon Singh*
Brendon Singh | TBN: 24075646
2502 La Branch Street
Houston, Texas 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
BSingh@ts-llp.com

**Subchapter V Trustee**

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2024 the following parties below and attached Service List were served a true and correct copy of the foregoing Motion via First Class Mail.

*/s/Brendon Singh*
Brendon Singh

4

**VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE**

    The undersigned, an attorney, under penalties of perjury, verifies that a copy of the Motion was delivered to the United States Trustee on September 22, 2024 by electronic delivery by the clerk of the Bankruptcy Court.

                                           */s/Brendon Singh*
                                           Brendon Singh