**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| THE TURKEY LEG HUT & COMPANY LLC | § § | CASE NO. 24-31275 |
| | § | Chapter 7 |
| DEBTOR | § § | |

**TRUSTEE'S NOTICE OF ABANDONMENT OF**
**ALL FURNITURE, EQUIPMENT, MACHINERY, AND INVENTORY**

**THIS NOTICE SETS FORTH THE TRUSTEE'S INTENTION TO ABANDON CERTAIN PROPERTY. IF YOU OPPOSE THE TRUSTEE'S INTENTION TO ABANDON THE PROPERTY SET FORTH HEREIN, YOU SHOULD IMMEDIATELY CONTACT THE UNDERSIGNED TO RESOLVE THE DISPUTE. IF YOU CANNOT RESOLVE THE DISPUTE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE TRUSTEE AND HIS COUNSEL. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE PROPERTY SHOULD NOT BE ABANDONED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE PROPERTY WILL BE ABANDONDED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE ABANDONMENT AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY RULE AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**To:    All Parties-in-Interest**

Ronald J. Sommers (the "Trustee"), Chapter 7 Trustee for The Turkey Leg Hut & Company, LLC. (the "Debtor"), files this Notice of Abandonment pursuant to 11 U.S.C. § 554 and Rules 6007 and 9007 of the Federal Rules of Bankruptcy Procedure.

On March 26, 2024 (the "Petition Date"), the Debtor filed a Chapter 11 voluntary petition for bankruptcy. On September 27, 2024, the Debtor's case was converted to Chapter 7. On the Debtor's Schedule A/B lists Furniture, Equipment, Machinery, and Inventory.

After diligent inquiry, the Trustee has confirmed that there is no equity in the Furniture, Equipment, Machinery, and Inventory; accordingly, the Trustee intends to abandon the Furniture, Equipment, Machinery, and Inventory as these assets are of inconsequential value to and/or are burdensome to the estate.

Unless an objection and request for hearing is timely filed with the Bankruptcy Court and served upon the Trustee within fourteen (14) days of the mailing of this notice, without further order or notice, the Furniture, Equipment, Machinery, and Inventory will be deemed abandoned by the Trustee.

Dated: October 11, 2024.

Respectfully Submitted,

By: /s/ Ronald J. Sommers
Ronald J. Sommers
Texas Bar No. 18842500
rsommers@nathansommers.com
Nathan Sommers Gibson Dillon,
A Professional Corporation
1400 Post Oak Blvd. Suite 300
Houston, TX 77056
(713) 960-0303 (main)
(713) 892-4800 (fax)

**CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 11, 2024, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing Notice was served upon all parties listed on the attached Service List by no later than the next day after the filing of this Notice in accordance with Bankruptcy Local Rule 9013-1(f).

/s/Ronald J. Sommers
Ronald J. Sommers