UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§
THE TURKEY LEG HUT & COMPANY § CASE NO. 24-31275
LLC §
§ (Chapter 7, Conversion)

**FINAL REPORT AND ACCOUNT OF DEBTOR**
**UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE**
**PURSUANT TO BANKRUPTCY RULE 1019(5)**

**I. Cash**

(a) Cash balance on hand at date of conversion                                            Unknown*

(b) List the bank name and last four digits of account numbers
    where all of the cash held on conversion date was located.

| Chase Bank: | Operating x0260 | $18.11 |
| Chase Bank: | Reservations x0278 | $0.00 |
| Chase Bank: | Payroll x0286 | $424.44 |
| Chase Bank: | Taxes x0310 | $0.40 |

                Total:                                                                    $442.95

**II. Accounts Receivable**

(a) Total amount due the debtor from other entities or individuals
    on date the case was converted to a chapter 7 case.                                   $0.00*

**III. Accounts Payable**

(a) Total unpaid debts incurred during chapter 11 case.                                   $24,228.00

*The Debtor was not in possession at the time of conversion from chapter 11 to chapter 7.

Date: 10/11/2024                                    /s/ Nakia Price_____
                                                    Nakia Price, Managing Member