IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 24-31275-H3-11 |
| **THE TURKEY LEG HUT & COMPANY** | § | (Chapter 11) |
| **LLC** | § | |

**AMENDED MOTION FOR RELIEF FROM THE STAY REGARDING NON-EXEMPT PROPERTY**

> **THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN DECEMBER 2, 2024, AND YOU MUST ATTEND THE HEARING.**
>
> **THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON DECEMBER 9, 2024, AT 1:30 P. M. IN COURTROOM 8B (8TH FLOOR) LOCATED AT 515 RUSK AVEUNUE, HOUSTON, TEXAS 77002.**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant: **CNPH PROPERTIES, LLC** (hereinafter "Landlord" and/or "Lessor for the Leased Premises where the Property is located).

3. Movant, directly or as agent for the holder, holds a security interest in the collateral that is within the Leased Premises located at **4830 Almeda Road, Houston, Texas, Harris County, Texas 77004**, including without limitation all furniture and equipment typically used in a restaurant business such as coolers, tables, chairs, cooking utensils, flat ware, glass ware, dinner ware, serving utensils, pots, pans, and the usual kitchen and restaurant equipment (hereinafter "Property").

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is not claimed as exempt by the debtor.

5. Type of collateral: All personal business property, including all furniture and equipment typically used in a restaurant business such as coolers, tables, chairs, cooking utensils, flat ware, glass ware, dinner ware, serving utensils, pots, pans, and the usual kitchen and restaurant equipment within the Leased Premises located at 4830 Almeda Road, Houston, Texas, Harris County, Texas 77004 within the Leased Premises located at **4830 Almeda Road, Houston, Texas, Harris County, Texas 77004**.

6. Debtor's scheduled value of property: **$310,758.75**.

7. Movant's estimated value of property: **Unknown**.

8. Total amount owed to movant: **$109,790.00**.

9. Estimated equity (paragraph 7 minus paragraph 8): **$0.00**.

10. Total pre and post-petition arrearages: **$56,120.00**.

11. Total post-petition arrearages: **$44,450.00**.

12. Amount of unpaid, past due property taxes, if applicable: **NOT KNOWN**.

13. Expiration date on insurance policy, if applicable: **NOT KNOWN**.

1

14.   **X**   .  Movant seeks relief based on the debtor(s)' failure to make payments.  Debtor(s)' payment history is attached as exhibit "A."  Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the beginning of the loan.  Movant further represents that the payment history is self-explanatory or can be interpreted by application of coding information that is also attached.  Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15.   **X**   .  Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable:  Name of Co-Debtor: NAKIA PRICE and STEVEN ROGERS.

17. Based on the foregoing, movant seeks termination of the automatic stay and the co-debtor stay, if applicable to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: On Friday, August 9, 2024, at 10:57 A.M., I'd emailed to Debtor's attorney and the Subchapter V.  On Monday, August 12, 2024, at 11:48 A.M., I called Debtor's attorney but was not able to reach an agreement.  At 230 P.M. on September 10, 2024, I emailed Subchapter V Trustee, Brendon D. Singh. An agreement could not be reached. On October 11, 2024, Debtor's attorney acknowledged via email of Movant's request for relief from stay, but he did not indicate whether or not he is opposed to the motion. If requested by the debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

Date: October 22, 2024         */S/ Kevin H. Pham*
                               Kevin H. Pham
                               State Bar No.: 00791438
                               S.D. Tex. Bar No.: _____
                               Address: 10260 Westheimer Road, Suite 207
                               Houston, Texas 77042
                               Telephone: 713-789-8010
                               Fax: 713-789-7750
                               E-mail: KPham@PhamNguyenLaw.com

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on October 22, 2024, by prepaid United States first class mail.  Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

                               */S/ Kevin H. Pham*
                               Movant's Counsel

Cause No.: 24-31275-H3-11
Debtor:  THE TURKEY LEG HUT & COMPANY, LLC
Date of Bankruptcy Filing        3/26/2024

**CLAIMANT/CREDITOR:**  CNPH PROPERTIES, LLC ("Landlord")
**Basis for Claim:**  Commercial Lease Agreement at 4830 Almeda Rd., Houston, TX 77004

| RENTAL PERIOD | AMOUNT DUE | AMOUNT PAID | UNPAID | BALANCE OWED |
|---|---|---|---|---|
| 1-Jan-24 | $ 17,890.00 | $ (12,000.00) | $ 5,890.00 | $ 5,890.00 |
| 1-Feb-24 | $ 17,890.00 | $ (15,000.00) | $ 2,890.00 | $ 8,780.00 |
| 1-Mar-24 | $ 17,890.00 | $ (15,000.00) | $ 2,890.00 | $ 11,670.00 |
| 1-Apr-24 | $ 17,890.00 | $ - | $ 17,890.00 | $ 29,560.00 |
| 1-May-24 | $ 17,890.00 | $ (17,890.00) | $ - | $ 29,560.00 |
| 1-Jun-24 | $ 17,890.00 | $ (15,000.00) | $ 2,890.00 | $ 32,450.00 |
| 1-Jul-24 | $ 17,890.00 | $ (15,000.00) | $ 2,890.00 | $ 35,340.00 |
| 1-Aug-24 | $ 17,890.00 | $ (15,000.00) | $ 2,890.00 | $ 38,230.00 |
| 1-Sep-24 | $ 17,890.00 | $ - | $ 17,890.00 | $ 56,120.00 |
| 1-Oct-24 | $ 17,890.00 | $ - | $ 17,890.00 | $ 74,010.00 |
| 1-Nov-24 | $ 17,890.00 | $ - | $ 17,890.00 | $ 91,900.00 |
| 1-Dec-24 | $ 17,890.00 | $ - | $ 17,890.00 | $ 109,790.00 |
| TOTAL: | | | $ 109,790.00 | |
| **Pre-Petition Arrearage as of March 26, 2024: $11,670.00** | | | | |
| **Post-Petition Arrearage as of September 10, 2024: $44,450.00** | | | | |

EXHIBIT A

| | | |
|---|---|---|
| CASE NO 24-31275<br>SERVICE LIST | ACAR LEASING LTD<br>PO BOX 183853<br>ARLINGTON TX 76096 3853 | ALLY BAN<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118 7901 |
| CNPH PROPERTIES LLC<br>10260 WESTHEIMER RD STE 207<br>HOUSTON TX 77042 3109 | HARRIS COUNTY<br>LINEBARGER GOGGAN BLAIR<br>C/O JEANNIE LEE ANDERSON<br>PO BOX 3064<br>HOUSTON TX 77253 3064 | THE TURKEY LEG HUT & COMPANY<br>4830 ALMEDA RD<br>HOUSTON TX 77004-5674 |
| US FOODS INC<br>9399 W HIGGINS RD STE 100<br>ROSEMONT IL 60018 4910 | US BANKRUPTCYC COURT<br>PO BOX 61010<br>HOUSTON TX 77208 1010 | ACAR LEASING LTD<br>C/O WILCOX LAW PLLC<br>PO BOX 201849<br>ARLINGTON TX 76006 1849 |
| AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS TX 75265 0448 | AMERICAN EXPRESS NATIONAL<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355 0701 | CINTAS-RESTAURANT SUPPLIES<br>5355 W SAM HOUSTON PKWY N<br>STE 300<br>HOUSTON TX 77041 5235 |
| CNPH PROPERTIES LLC<br>PO BOX 720958<br>HOUSTON TX 77272 0958 | CARLOS JIMENEZ<br>POUPORE LAW FIRM<br>3233 W DALLAS ST 313<br>HOUSTON TX 77019 3885 | CELLCO PARTNERSHIP<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHURN VA 20147 6122 |
| CINTAS CORPORATION<br>6800 CINTAS BLVD<br>MASON OH 45040 9151 | CITY OF HOUSTON WATER<br>611 WALKER ST<br>HOUSTON TX 77002 4903 | EBF HOLDINGS LLC<br>102 W 38TH ST<br>NEW YORK NY 10018 3613 |
| IRS<br>CENTRALIZED INSOLVENCY OPER<br>PO BOX 7346<br>PHILADELPHIA PA 19101 7346 | J4 PRODUCTIONS<br>9858 GOLDEN PRAIRIE LN<br>HOUSTON TX 77086 3427 | JASMINE ST JULIEN<br>14805 GRISBY RD APT 301<br>HOUSTON TX 77079 2367 |
| LYNDELL LEROY PRICE<br>1825 ROSEDALE ST<br>HOUSTON TX 77004 5630 | MAGNAFLOW OIL REFUESE<br>3937 OCEAN RANCH BLVD<br>OCEANSIDE CA 92056 | NAKIA PRICE<br>17523 SUGAR PINE DR<br>HOUSTON TX 77090 2053 |
| NAKIA PRICE<br>4830 ALMEDA RD<br>HOUSTON TX 77004 5674 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119 3000 | PEPSI BEVERAGES<br>9300 LA PORTE FWY<br>HOUSTON TX 77017 1930 |
| PEPSICO SALES INC<br>C/O JOSEPH D FRANK<br>1327 W WASHINGTON BLVD<br>STE 5 G-H<br>CHICAGO IL 60607 1912 | SOS CAPITAL<br>1330 6TH AVE<br>NEW YORK NY 10019 5472 | SMALL BUSINESS ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON DC 20416 0002 |

# EXHIBIT 1

| | | |
|---|---|---|
| SMALL BUSINESS FINANCIAL SOLU<br>559 W UWCHLAN AVE 220<br>EXTON PA 19341 3013 | STEVEN A ROGERS<br>1703 SILVER ST<br>HOUSTON TX 77007 3912 | STEVEN ROGERS<br>C/O ROBERTS MARKLAND LLP<br>2555 N MACGREGOR WAY<br>HOUSTON TX 77004 7604 |
| TLH CONCESSIONS LLC<br>1825 ROSEDALE ST<br>HOUSTON TX 77004 5630 | TOAST<br>333 SUMMER ST<br>BOSTON MA 02210 1702 | US FOODS INC<br>C/O BRIAN L SHAW<br>123 N WACKER DR 1800<br>CHICAGO IL 60606 1770 |
| US TRUSTEE<br>OFFICE OF THE US TRSTEE<br>515 RUSK AVE STE 3516<br>HOUSTON TX 77002 2604 | VANGUARD LOAN<br>PO BOX 982903<br>EL PASO TX 79998 2903 | WASTE CONNECTION OF TX<br>THREE WATERWAY SQUARE PL 110<br>THE WOODLANDS TX 77380 3488 |
| BRENDON D SINGH<br>TRAN SINGH LLP<br>2502 LA BRANCH ST<br>HOUSTON TX 77004 1028 | WEBBANK<br>215 S STATE ST 1000<br>SALT LAKE CITY UT 84111 2336 | ZEEE TRADING INC<br>207 CEDAR LAKE DR<br>LEAGUE CITY TX 77573 0812 |
| CARLOS JIMENEZ<br>12915 GREENS MANOR LN<br>HOUSTON TX 77044 7279 | JAMES Q POPE<br>THE POPE LAW FIRM<br>6161 SAVOY DR STE 1125<br>HOUSTON TX 77036 3343 | |