United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| THE TURKEY LEG HUT & COMPANY LLC, ) | Case No. 24-31275 |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

# ORDER GRANTING US FOODS, INC.'S MOTION FOR ACCOUNTING OF PACA TRUST FUNDS HELD IN IOLTA ACCOUNT AND FOR ORDER DIRECTING DEBTOR'S COUNSEL TO TURN OVER PACA TRUST FUNDS HELD IN IOLTA ACCOUNT

Upon consideration of *US Foods, Inc.'s Motion For Accounting Of PACA Trust Funds Held In IOLTA Account And For Order Directing Debtor's Counsel To Turn Over PACA Trust Funds Held In IOLTA Account* (the "Motion"), filed by US Foods, Inc. ("US Foods"); the Court being fully advised in the premise; and having found that good and sufficient notice of the Motion having been given and no other or further notice being required; and having found that sufficient cause appears therefor;

**IT IS HEREBY ORDERED**:

1. The Motion is granted as set forth herein.

2. Within seven (7) days of the entry of this Order, the Debtor's counsel shall provide an accounting of the PACA trust funds held in counsel's IOLTA Account pursuant to the May 3, 2024 Order.

3. Within ten (10) days of the entry of this Order, the Debtor's counsel shall turn over the PACA trust funds held in the IOLTA Account to US Foods in partial satisfaction of US Foods' PACA Claim.

LEGAL\72621766\1

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: December 18, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge