UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 24-31275-H3 |
| THE TURKEY LEG HUT & § | | |
| COMPANY, LLC § | | |
| (DEBTOR) § | | |
| § | | |
| Debtor § | | Chapter 7 |

**SUPPLEMENTAL RESPONSE TO DEBTOR'S MOTION TO RECONSIDER THE AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY (DOCUMENT #197) AND PLEA TO JURISDICTION**

THIS IS A SUPPLEMENTAL OBJECTION AND RESPONSE TO DEBTOR THE TURKEY LEG HUT & COMPANY, LLC'S MOTION TO RECONSIDER THE AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY (DOCUMENT #197) FILED ON DECEMBER 13, 2024, AND ALSO A PLEA TO JURISDICTION.

**TO THE HONORABLE BANKRUPTCY JUDGE:**

NOW COMES, CNPH PROPERTIES, LLC ("CNPH"), by and through its attorney, objecting to and requesting the Court to deny THE TURKEY LEG HUT & COMPANY, LLC's Motion to Reconsider the Order Granting Relief from Automatic Stay agreed by the Chapter 7 Trustee and CNPH, and in support thereof represents to the Court:

I.  PLEA TO JURISDICTION

The subject matter of Debtor's contention, specifically the "Abandoned Property" by the Chapter 7 Trustee, is no longer part of the bankruptcy estate pursuant to 11 U.S.C. § 362 (c)(1).  The Chapter 7 Trustee filed his notice of abandonment of the property made the subject of Debtor's Motion to Reconsider on or about October 11, 2024.  As such the property is no longer subject to any automatic stay.  CNPH respectfully plea to jurisdiction as the bankruptcy court no longer has jurisdiction over the abandoned property.

1

II.

WHEREFORE, CNPH, prays for an order DENYING the MOTION TO RECONSIDER THE AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY filed by Debtor, The Turkey Leg Hut & Company.  CNPH further prays this Court to deny jurisdiction over the property in dispute.

WHEREFORE, CNPH prays for such other and further relief as is to the court just and proper.

Respectfully submitted,

**KEVIN H. PHAM**
10260 Westheimer Road, Suite 207
Houston, Texas 77042
Telephone (713) 789-8010


BY: */S/ Kevin H. Pham*
**KEVIN H. PHAM**
Texas Bar No. 00791438
Email: KPham@PhamNguyenLaw.com
Attorney for CNPH

**Certificate of Service**

A copy of this Supplemental Objection and Response to Debtor's Motion to Reconsider Agreed Order Granting Relief from Automatic Stay and Plea to Jurisdiction was served on the interested persons shown below at the addresses electronically reflected on January 10, 2025.

Jeannie Lee Andresen on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Marla S. Benedek on behalf of Creditor US Foods, Inc. mbenedek@cozen.com

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Demetra Liggins on behalf of Creditor Steven A. Rogers dliggins@mcguirewoods.com, srasheed@mcguirewoods.com

Kevin H Pham on behalf of Creditor CNPH Properties, LLC
KPham@PhamNguyenLaw.com, r64244@notify.bestcase.com

Jourdain Poupore on behalf of Creditor Carlos Jimenez service@poupore.law

Christina M. Sanfelippo on behalf of Creditor US Foods, Inc. csanfelippo@cozen.com

Frederick E Schmidt, Jr on behalf of Creditor US Foods, Inc. eschmidt@cozen.com

Brian L. Shaw on behalf of Creditor US Foods, Inc. bshaw@cozen.com

Myra Siddiqui on behalf of Interested Party United States of America
myra.siddiqui@usdoj.gov,
caseview.ecf@usdoj.gov,sydnie.kempen@usdoj.gov,nicole.robbins@usdoj.gov,rhoma.romero@usd oj.gov,usatxs.bankruptcy-ecf@usdoj.gov,Isabell.hinojosa@usdoj.gov

Brendon D Singh on behalf of Trustee Brendon D Singh
Bsingh@ts-llp.com, corraltransinghllp@jubileebk.net;cbds11@trustesolutions.net

Brendon D Singh on behalf of Trustee Brendon Dane Singh
Bsingh@ts-llp.com, corraltransinghllp@jubileebk.net;cbds11@trustesolutions.net

Ronald J Sommers efile@nathansommers.com,
RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com

Ronald J Sommers on behalf of Trustee Ronald J Sommers efile@nathansommers.com, RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com

Susan Tran Adams on behalf of Plaintiff Brendon Dane Singh

stran@ts-llp.com, stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kimberly A Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kimberly A Walsh on behalf of Creditor Texas Workforce Commission, Special Actions Unit
Regulatory Integrity Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Stephen Gerard Wilcox on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing swilcox@basselwilcox.com, kraudry@wilcoxlaw.net;krw77@sbcglobal.net


BY: */S/ Kevin H. Pham*
**KEVIN H. PHAM**
Attorney for CNPH