*Form M-400*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: TURKEY LEG HUT | § | Case No.24-31275 |
| & COMPANY LLC | § | (Chapter  7  ) |

### MOTION FOR RELIEF FROM THE STAY REGARDING DIVORCE PROCEEDING

---

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY.   IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT.  IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN JUNE 4TH, 2025 AND YOU MUST ATTEND THE HEARING.**

**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING.  IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON JUNE 11,2025  AT 9.00 AM IN COURTROOM #8b 515 RUSK AVENUE, HOUSTON TX 77002**

---

1.  This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to proceed with a divorce in state court.

2.  Movant: NAKIA PRICE

3.  Name of spouse: LYNDELL PRICE

4.  A divorce action is pending in the 309TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY TEXAS, CAUSE NO 2024-02788.

5.  This motion seeks relief solely to allow the state court to issue judgments and orders concerning (i) child custody, (ii) support; and (iii) the division of exempt property.

6.  Movant's Attorney certifies that prior to filing this motion an attempt was made to confer with LYNDELL PRICE BY telephone ON 04/04/2025 AT 11:27 AM and an agreement could not be reached.

7.  Movant's Attorney certifies that prior to filing this motion, an attempt was made to confer with RONALD J. SOMMERS, US BANKRUPTCY TRUSTEE by telephone on 05/01/2025 and he is unopposed to this motion.

Date: May 6, 2025

/s/ Adenrele Oladapo-Jimoh
Name: Adenrele Oladapo- Jimoh
State Bar No.: 24041626
S.D. Tex. Bar No.: 37674
Address: 5225 Katy Freeway Ste 685, Houston TX, 77007
Telephone: (713) 271-8484
 Fax: (832 )201-5399
 E-mail: Jimoh.law@gmail.com

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on [date] by prepaid United States first class mail.  Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

/s/ Adenrele Oladapo-Jimoh
Adenrele Oladapo- Jimoh