IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-31275 (EVR) |
| | § | |
| THE TURKEY LEG HUT & COMPANY LLC | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | SUBCHAPTER V |

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Brendon Singh*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00.  The case was converted with no plan confirmed and no plan payments made to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion.  I request that I be discharged from any further duties as trustee.

Date:  6/13/2025

By: */s/ Brendon Singh*
Brendon Singh, Subchapter V Trustee
2502 La Branch Street
Houston, Texas 77004
Office 832-975-7300
Fax 832-975-7301
Email: bsingh@ts-llp.com

UST Form 101-11(v)-NDR C