United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 23, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

IN RE:                                                               CASE NO. 24–31275
The Turkey Leg Hut & Company LLC and Nakia Price     CHAPTER 7

    Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*226* – Application to Deposit Unclaimed Funds Filed by Trustee Ronald J Sommers (Attachments: # 1 Proposed Order) (Sommers, Ronald)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 442.95
        Owed to: Turkey Leg Hut & Company, LLC

Signed and Entered on Docket: 9/23/25.

                                      by: <u>Kristy Love</u>
                                              Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.