# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: The Turkey Leg Hut & Company LLC | § § § | Case No. 24-31275 |
| Debtor | § | Chapter 7 |

## MOTION FOR ENTRY OF ORDER CLOSING CASE

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

The Turkey Leg Hut & Company LLC, Debtor, files this its Motion for Entry of Order Closing Case, and in support thereof would show the court as follows:

1. Debtor commenced its Chapter 11 bankruptcy proceeding on or about March 26, 2024, and the case was ultimately converted to chapter 7 on September 27, 2024.

2. The 341(a) meeting in Debtor's converted Chapter 7 case was concluded on October 31, 2024, and the Trustee's Notice of Assets & Request for Notice to Creditors was filed. (see Docket Number 185)

3. On October 16, 2025, the Chapter 7 Trustee issued his Report of No Distribution, and the Notice of Proposed Abandonment was filed on October 17, 2025. (Docket Number 229).

4. No creditor, or any other party in interest, filed an objection to the Chapter 7 Trustee's Notice of Proposed Abandonment, therefore all scheduled assets have been abandoned.

5. The case has been fully administered, and the Debtor would ask that the case be closed.

For these reasons, Debtor would ask that its Motion for Entry of Order Closing Case be granted, and for any other relief that this Court deems equitable and just.

Respectfully submitted,

/s/ James Q. Pope
James Q Pope
TBN: 24048738
The Pope Law Firm
6161 Savoy, Suite 1125
Houston, Texas 77036
Phone: (713) 449 4481
Fax: (281) 657-9693
jamesp@thepopelawfirm.com

**Certificate of Service**

I certify that the foregoing Motion was served on interested parties on January 30, 2026, by electronic delivery.

/s/ James Q. Pope
James Q. Pope