United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 24, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: The Turkey Leg Hut & Company LLC
Nakia Price
**Debtor(s)**

Case No.: 24–31275

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/24/26

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge